# IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## ASHEVILLE DIVISION
## 1:05CR209

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Vs. ) | ORDER |
| ) | |
| PEUJON DESLIN NAZIFI; and ) | |
| AHMAD NAZIFI. ) | |
| _____ ) | |

**THIS MATTER** is before the court upon defendants' Motion to Waive and/or Continue Initial Appearance. Having considered defendants' motion and reviewed the pleadings, the court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that defendants' Motion to Waive and/or Continue Initial Appearance is **DENIED**.

**Signed: August 19, 2005**

_Dennis L. Howell_
Dennis L. Howell
United States Magistrate Judge